IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARREN K. CHARLES, | ) | No. C 14-00866 EJD (PR) |
| Petitioner, | ) ) | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| v. | ) ) | |
| ROBERT W. FOX, Warden, | ) ) | |
| Respondent. | ) ) ) | |

For the reasons set forth in the Court's April 27, 2015 Order of Dismissal (Docket No. 22), this petition for a writ of habeas corpus is DISMISSED for failure to state cognizable claims. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

DATED: 5/7/2015

EDWARD J. DAVILA
United States District Judge

Order Denying COA
P:\PRO-SE\EJD\HC.14\00866Charles_deny coa.wpd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN K. CHARLES,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT W. FOX,<br><br>  Defendant. | Case No. 5:14-cv-00866-EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

  Warren K. Charles ID: B-99690
  California Medical Facility
  P. O. Box 2000
  Vacaville, CA 95696

Dated: 5/7/2015

  Richard W. Wieking
  Clerk, United States District Court

  By: *Elizabeth C Garcia*
  Elizabeth Garcia, Deputy Clerk to the
  Honorable EDWARD J. DAVILA